257 F.2d 814
 MASSACHUSETTS BONDING AND INSURANCE COMPANY, a Corporation, Appellant,
v.
THE HUSSMANN REFRIGERATOR COMPANY, a Delaware Corporation.
 No. 16011.
 United States Court of Appeals Eighth Circuit.
 August 13, 1958.
 
 Appeal from the United States District Court for the Eastern District of Missouri.
 Walther, Barnard, Cloyd & Timm, St. Louis, Mo., for appellant.
 Garstang & Mueller, St. Louis, Mo., for appellee.
 PER CURIAM.
 
 
 1
 Appeal from District Court dismissed, on dismissal of appeal filed by appellant.